UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF AMEN,<br><br>    Petitioner,<br><br>v.<br><br>COLUSA COUNTY SUPERIOR COURT,<br><br>    Respondent. | No. 2:17-cv-0717 AC P<br><br><br>ORDER |

By order filed June 28, 2017, petitioner's habeas application was dismissed and he was given thirty days to file an amended application. ECF No. 6. He was also ordered to either submit a notice that he had exhausted his state court remedies or file a motion for stay under Rhines v. Weber, 544 U.S. 269 (2005). Id. Thirty days have now passed and petitioner has not filed an amended petition or otherwise responded to the order. Petitioner shall be given one more chance to comply with the court's June 28, 2017 order. Failure to do so will result in this case being dismissed without further warning.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall file an amended petition for writ of habeas corpus within twenty-one days of service of this order. Any amended petition must bear the case number assigned to this action and the title "Amended Petition."

2. Within twenty-one days of service of this order, petitioner must either (1) advise the

1

court that he has exhausted his state court remedies or that they were unavailable to him or (2) file a motion for stay and abeyance under <u>Rhines</u> while he returns to state court to exhaust his state court remedies.

3. Failure to comply with this order will result in the case being dismissed without further warning.

IT IS SO ORDERED.

DATED: August 15, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE