UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF AMEN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>COLUSA COUNTY SUPERIOR COURT,<br><br>　　　　　Respondent. | No. 2:17-cv-0717 AC P<br><br><br>ORDER |

Petitioner, a county prisoner proceeding pro se and in forma pauperis, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a). ECF No. 4.

A recent court order (ECF No. 7) was served on petitioner's address of record and returned by the postal service. It appears that petitioner has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. More than sixty-three days have passed since the court order was returned by the postal service and petitioner has failed to notify the court of a current address.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to prosecute. See L.R. 183(b).

DATED: October 26, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE